JS-6

1  Gloria Dredd Haney, State Bar No. 157627
   LAW OFFICES OF GLORIA DREDD HANEY
2  City Tower Center 333 City Boulevard West, 17th Floor
   Orange, California 92868
3  Office: 714.938.3230
4  Fax: 714.921.2856
   Email: dreddlaw@sbcglobal.net
5
6  Attorney for Plaintiff
   KIM FERRANTE
7

8  YOUNG, MINNEY & CORR, LLP
   PAUL C. MINNEY, SBN 166989
9  WILLIAM J. TRINKLE, SBN 102280
   DOUGLAS K. WOOD, SBN 121804
10 655 University Ave. Suite 150
   Sacramento, CA 95825
11 Telephone:  (916) 646-1400
   Facsimile:  (916) 646-1300
12
   E-mail:    wjtrinkle@mycharterlaw.com
13            dwood@mycharterlaw.com

14 *Attorneys for Defendants,*
   ENCORE EDUCATION CORPORATION, a Charter School;
15 DENISE GRIFFIN, an Individual; and JOHN
   GRIFFIN an Individual
16

17           IN THE UNITED STATES DISTRICT COURT

18           FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

| 20 | KIM FERRANTE | ) | Case No: 5:21-cv-00585-JGB-KK |
|---|---|---|---|
| 21 | Plaintiffs, | ) | **ORDER RE STIPULATION OF DISMISSAL [FRCP 41(A)]** |
| 22 | v. | ) | |
| 23 | ENCORE EDUCATION CORPORATION, a Charter School; DENISE GRIFFIN an Individual; JOHN GRIFFIN an Individual; and DOES 1 through 10, inclusive, | ) | *[Before the Honorable District Judge Jesus G. Bernal and Magistrate Judge Kenly Kiya Kato]* |
| 24 | | ) | |
| 25 | Defendants. | ) | Complaint filed: April 2, 2021 |
| 26 | | ) | |
| 27 | | ) | JURY TRIAL DEMANDED |
| 28 | | ) | |

YOUNG, MINNEY
& CORR, LLP
655 UNIVERSITY AVENUE,
SUITE 150
SACRAMENTO, CA 95825

-1-
ORDER RE STIPULATION OF DISMISSAL [FRCP 41(A)]

1  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
2  41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED
3  WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that
4  party's own attorney's fees and costs. The Clerk is directed to close the file.

6  DATE:   November 9, 2022

          JESUS G. BERNAL
          United States District Judge